UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-14296

MARTINEZ

The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

(Rev. 04/2005) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 07-14296-CIV-MARTINEZ

DONALD HOLLY JR.

(Enter above the full name of the plaintiff or plaintiffs in this action.)

v.

ARMOR CORRECTIONAL HEALTH CARE SERVICES

(Enter above the full name of the defendant or defendants in this action.)

MAGISTRATE JUDGE WHITE

FILED BY _____ DKT
07 OCT -4 AM 8:41
CLERK U.S. DIST. CT.
S.D. OF FL.-MIAMI

Cat / div 1983 A Pierce
Case # 2:07CV14296
Judge Martinez  Mag PAW
Moth Ifp Yes  Fee pd $ _____
Receipt # _____

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. Your should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff or plaintiffs must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

There is a filing fee of $250.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Page 1 of 5

(Rev. 04/2005) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

In addition, if the Judge directs the U.S. Marshal to serve the summons and complaint to each defendant, the United States Marshal will require you to pay for the costs of this service.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

I. Previous Lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

    B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)     Yes ( )   No (X)

        1. Parties to this previous lawsuit
           Plaintiffs: _____

           Defendants: _____

        2. Court (if federal court, name the district; if state court, name the county): _____

        3. Case Number: _____
        4. Name of Judge to whom case was assigned: _____

        5. Disposition (for example: Was the case dismissed?; Was it appealed?; Is it still pending?): _____

        6. Approximate date of filing lawsuit: _____
        7. Approximate date of disposition: _____

(Rev. 04/2005) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

II. Place of present confinement: _Martin County Jail_

    A. Is there a prisoner grievance procedure in this institution?

        Yes (X)    No ( )

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ( )    No (X)

    C. If your answer is YES:

        1. What steps did you take? _____

        2. What was the result? _____

    D. If your answer is NO, explain why not: _Was unable to obtain grievance forms at the Martin County Jail after two request._

III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of plaintiff: _Donald Holly Jr._
        Address: _800 S.E. Monterey Rd Stuart, Florida 34994_

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

    B. Defendant _Armor Correctional Health Care Services_ is employed as _Health Care Provider_ at _Martin County Jail_

Page 3 of 5

(Rev. 04/2005) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

C. Additional Defendants: _____

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach an additional blank page if necessary.)

I have skin cancer. The medical provider here at the Martin County Jail refuses to treat my problem. I am in pain and I have cancer sores around my body that bleed and give me alot of pain. The doctor said that this must be treated on the outside and that its not the Jail medical teams problem.

(Rev. 04/2005) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

V. Relief

State briefly exactly what you want the court to do so for you. Make no legal arguments. Cite no cases or statutes.

$100,000.00 in punitive and pain and suffering

Signed this 28 day of September, 2007

X Donald J. Holly Jr. #870302
Donald Holly Jr.
800 S.E. Monterey Rd
Stuart, Florida 34994

(Signature of plaintiff or plaintiffs)

I declare under penalty of perjury that the foregoing is true and correct. Executed on 9-27-07

X Donald J. Holly
(Signature of plaintiff)