UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

**Case Number: 07-14296-CIV-MARTINEZ-WHITE**

DONALD HOLLY, JR.,

    Plaintiff,

vs.

ARMOR CORRECTIONAL HEALTH CARE
SERVICES,

    Defendant.
_____/

## ORDER ADOPTING REPORT OF THE MAGISTRATE JUDGE

The MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation (D.E. No. 3) on Plaintiff Donald Holly's *pro se* civil right complaint (D.E. No. 1), which was filed on October 4, 2007. The Plaintiff subsequently filed a Motion for Voluntary Dismissal (D.E. No. 5) on October 12, 2007. The Magistrate Judge issued his Report (D.E. No. 6) five days later.

In his Report the Magistrate Judge noted that he had issued an Order (D.E. No. 4) on October 10, 2007 which directed the Plaintiff to file an amended complaint. The Order advised the Plaintiff that he would need to explain how each of the Defendant's individual correctional employees or other jail officers violated his constitutional right to obtain adequate medical care in order to proceed with his civil rights claim. The Magistrate Judge gave the Plaintiff until November 9, 2007 to amend the complaint. In the interim, however, the Plaintiff filed a Motion for Voluntary Dismissal (D.E. No. 5). Accordingly, the Magistrate Judge recommended that the Court dismiss the Plaintiff's Complaint without prejudice, giving him leave to refile a properly

framed civil rights complaint at a later date.

The Plaintiff did not file any concrete objections to the Magistrate Judge's Report, however, on October 22, 2007, he filed a one paragraph statement that he titled "Amended Complaint." (D.E. No. 7). The statement indicates that the Plaintiff is waiting to receive results on some medical tests before he determines how to proceed with his amended complaint. The Court will consider the statement to be an objection to the Report of the Magistrate Judge.

The Court has carefully reviewed the entire record in this case, and conducted a *de novo* review of the Plaintiff's objection to the Magistrate Judge's Report. The Court finds that the Magistrate Judge's Report is well-reasoned and that the Plaintiff is not ready to proceed with his civil rights complaint in its present form. In light of the foregoing, it is

**ADJUDGED** that United States Magistrate Judge 's Report **(D.E. No. 6)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that

1. Plaintiff's Motion for Voluntary Dismissal **(D.E. No. 5)** is **GRANTED**.

2. The Plaintiff's Complaint **(D.E. No. 1)** is **DISMISSED without prejudice**.

3. The Clerk of the Court is DIRECTED to **CLOSE** this case and **DENY all pending motions as moot.**

DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of November, 2007.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
- Magistrate Judge White
- Donald Holly, *pro se*
  Martin County Jail
  800 SE Monterey Road
  Stuart, FL 34994

- All Counsel of Record

-3-